IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

RICHARD LAMAR ENGLEBERT, JR.                                              PLAINTIFF

    v.                                   CASE NO. 2:23-CV-2010

RYAN GOODWIN; 1st Shift Med Staff;
FREDDIE RUCKER, 2nd Shift Medical
Staff; JOSEPH WESELEY, Weekend Nurse;
and, DR. JONATHAN WHITE                                                   DEFENDANTS

## ORDER

    The Court has received a report and recommendation (Doc. 13) from U.S. Magistrate Judge Mark E. Food. No objections have been filed and the deadline to file objections has passed. The Magistrate recommends that the Court dismiss this action without prejudice for failure to state a claim pursuant to 28 U.S.C. § 1915A(b)(1). The report and recommendation is proper, contains no clear error, and is ADOPTED IN ITS ENTIRETY.

    IT IS THEREFORE ORDERED that this case is DISMISSED WITHOUT PREJUDICE. Judgment will be entered accordingly.

    IT IS SO ORDERED this May 23, 2023.

                                        /s/ P. K. Holmes III
                                        P.K. HOLMES III
                                        U.S. DISTRICT JUDGE